Bruce Levinson, Esq. (BL-0749)
Law Offices of Bruce Levinson
747 Third Avenue, 4th Floor
New York, New York, 10017-2803
Telephone: (212) 750-9898
Facsimile: (212) 750-2536
b.levinson@verizon.net

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| **GLOBAL UNLIMITED MARKETING SOLUTIONS, INC.**, a Florida corporation, <br><br>    **Plaintiff,** <br><br>    vs. <br><br> **GURUM CORPORATION dba JAY GLOBAL ENTERPRISES**, a New York corporation, **CHIN HU JUNG, KONG JUNG, STEVEN LIM and AARON CHANG,** <br><br>    **Defendants.** | **CASE NO.:  06cv13225** <br><br> **PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
|---|---|

    COMES NOW, Plaintiff, Global Unlimited Marketing Solutions, Inc. (a private, non-governmental party) by and through its undersigned counsel and pursuant to Rule 7.1, Federal Rules of Civil Procedure, and certifies that there are no corporate parents, affiliates and/or subsidiaries of Plaintiff which are publicly held.

    A supplemental disclosure statement will be filed upon any change in the information provided herein.

Respectfully submitted this 15th day of November, 2006.

OF COUNSEL:
**MEUERS LAW FIRM, P.L.**
Katy L. Koestner, Esq.
Florida Bar No. 0159484
Steven E. Nurenberg, Esq.
Florida Bar No. 0808431
Steven M. De Falco, Esq.
Florida Bar No. 0733571
5395 Park Central Court
Naples, Florida   34109
Telephone: (239) 513-9191
Facsimile:  (239) 513-9677
kkoestner@meuerslawfirm.com
snurenberg@meuerslawfirm.com
sdefalco@meuerslawfirm.com

**LAW OFFICES OF BRUCE LEVINSON**

By:  /s/ Bruce Levinson
Bruce Levinson, Esq. (BL-0749)
747 Third Avenue, 4th Floor
New York, New York 10017-2803
Telephone:  (212) 750-9898
Facsimile: (212) 750-2536
b.levinson@verizon.net

Attorneys for Plaintiff