Bruce Levinson, Esq. (BL-0749)
Law Offices of Bruce Levinson
747 Third Avenue, 4th Floor
New York, New York, 10017-2803
Telephone: (212) 750-9898
Facsimile: (212) 750-2536
b.levinson@verizon.net

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **GLOBAL UNLIMITED MARKETING SOLUTIONS, INC., a Florida corporation,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**GURUM CORPORATION dba JAY GLOBAL ENTERPRISES, a New York corporation, CHIN HU JUNG, KONG JUNG, STEVEN LIM and AARON CHANG,**<br><br>**Defendants.** | **CASE NO.:**<br><br>**PLAINTIFFS' MOTION FOR ISSUANCE OF PRELIMINARY INJUNCTION AND MOTION TO CONSOLIDATE THE TRIAL ON THE MERITS WITH HEARING ON PRELIMINARY INJUNCTION** |

Plaintiff, Global Unlimited Marketing Solutions, Inc. ("Plaintiff"), by and through its undersigned counsel, hereby moves the Court to issue a Preliminary Injunction against Defendants, to enforce the statutory trust pursuant to Section 5(c) of the Perishable Agricultural Commodities Act, 7 U.S.C. §499e(c)(4), by segregating all trust assets of Gurum Corporation dba Jay Global Enterprises ("Gurum"). This Motion is supported by the Affidavits of Global Unlimited, and the Memorandum

Plaintiff's Motion For Issuance of Preliminary Injunction
and Motion To Consolidate The Trial On The Merits
With Hearing On Preliminary Injunction

Page 1 of 3

of Law, each of which has been filed contemporaneously herewith.

Moreover, the Plaintiff requests that this Court consolidate the hearing on the

Motion for a Preliminary Injunction with the trial on the merits pursuant to Rule

65(a)(2), Fed.R.Civ.P. , which provides that:

> Before or after the commencement of the hearing of
> an application for a preliminary injunction, the
> court may order the trial of the action on the merits
> to be advanced and consolidated with the hearing
> of the application.

The District Court has discretion in determining whether or not consolidation of the

Preliminary Injunction hearing with the trial is appropriate.  *See* Air Line Pilots

Assn., Int'l v. Alaska Airlines, Inc., 898 F.2d 1393 (9th Cir., 1990).  Plaintiff submits

that consolidation in this case is appropriate with respect to its claims under PACA,

and that consolidation will conserve the time and resources of the Court and the

parties.

**WHEREFORE**, Plaintiff requests that the Court enter a Preliminary Injunction

enforcing the statutory trust pursuant to Section 5(c) of the Perishable Agricultural

Commodities Act, 7 U.S.C. §499e(c)(4), by segregating all trust assets of Gurum, and

that this Court enter an Order consolidating the hearing on the Preliminary

Injunction with the trial on the merits pursuant to Rule 65 (a)(2), Fed.R.Civ.P.

Respectfully submitted this 15th day of November, 2006.

**LAW OFFICES OF BRUCE LEVINSON**

OF COUNSEL:                                 /s/ Bruce Levinson

**MEUERS LAW FIRM, P.L.**         By:

Katy L. Koestner, Esq.                Bruce Levinson, Esq. (BL-0749)

Florida Bar No. 0159484            747 Third Avenue, 4th Floor

Steven E. Nurenberg, Esq.         New York, New York 10017-2803

Florida Bar No. 0808431            Telephone:  (212) 750-9898

Steven M. De Falco, Esq.          Facsimile: (212) 750-2536

Florida Bar No. 0733571            b.levinson@verizon.net

5395 Park Central Court

Naples, Florida   34109           Attorneys for Plaintiff

Telephone: (239) 513-9191

Facsimile:  (239) 513-9677

kkoestner@meuerslawfirm.com

snurenberg@meuerslawfirm.com

sdefalco@meuerslawfirm.com