Bruce Levinson, Esq. (BL-0749)
Law Offices of Bruce Levinson
747 Third Avenue, 4th Floor
New York, New York, 10017-2803
Telephone: (212) 750-9898
Facsimile: (212) 750-2536
b.levinson@verizon.net

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **GLOBAL UNLIMITED MARKETING SOLUTIONS, INC.**, a Florida corporation,<br><br>       **Plaintiff,**<br><br>    vs.<br><br>**GURUM CORPORATION dba JAY GLOBAL ENTERPRISES**, a New York corporation, **CHIN HU JUNG, KONG JUNG, STEVEN LIM and AARON CHANG,**<br><br>       **Defendants.** | CASE NO.: 06CV13225 (DC) |

### CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the Order to Show for a Temporary Restraining Order, Motion for a TRO, Motion for a Preliminary Injunction, Certification of Counsel, Affidavits in Support of the Motions, Memorandum in Support, Summonses and Complaint, Rule 7.1 Disclosure and the Individual Practices and Rules of the presiding Judge and Magistrate was served by hand upon the defendants in open Court, this 16th day of November 2006.

                                                    /s/ Gregory Brown